IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 4:18CR-00450 KGB |
| | ) |
| | ) 18 U.S.C..... § 1343 and 2 |
| | ) 26 U.S.C. § 7206 (I) and 18 U.S.C. § 2 |
| | ) |
| JEREMY YOUNG HUTCHINSON | ) |

**MOTION TO FILE EXHIBITS UNDER SEAL**

Defendant, for his motion to file exhibits under seal, states:

1. Defendant has filed a motion to dismiss or, alternatively, to suppress evidence. The exhibits submitted in support of that motion were filed under seal.

2. The government filed a response to the motion. The exhibits to the government's response were also filed under seal.

3. Defendant is submitting a reply to the government's response which will be supported by exhibits. Some of those exhibits are subject to the protective order entered in this case. Other exhibits reference grand jury information.

4. Defendant requests permission from the Court to file the exhibits to the reply under seal.

5. Counsel for defendant has conferred with counsel for the government and is authorized to state that the government does not object to this motion.

Wherefore, defendant prays that the Court grant this motion and that the exhibits to the reply to the government's response to the motion to dismiss be filed under seal.

Timothy O. Dudley
Bar Number 82055
Attorney for Jeremy Hutchinson
114 South Pulaski
Little Rock, AR 72201
Telephone: (501) 372-0080
E-mail: TODudley@swbell.net

Nathan Muyskens
Greenberg Traurig, LLP
Attorney for Jeremy Hutchinson
201 L. Street, NW, Suite 1000
Washington, DC 20037
Telephone: 202-331-3164
Email: muyskensn@gtlaw.com

Marc Mukasey
Mukasey Law
Attorney for Jeremy Hutchinson
875 Fifth Avenue #10D
New York, NY 10065
Telephone: 347-527-3940
Email: marc.mukasey@me.com